IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No.:18-10119 -STA |
| | * | |
| DAMARCUS GLENN, | * | |
| Defendant. | * | |
| | * | |

ORDER AND NOTICE OF SETTING

IT APPEARING TO THIS COURT THAT upon the filed motion of the Defendant, there being no objection filed by the Assistant United States Attorney, and for good cause shown, that this motion is well taken and is therefore, GRANTED.

The change of plea hearing in this matter shall be set for: **Tuesday, February 19, 2019 at 9:30a.m.**

IT IS SO ORDERED, this the 12th day of February, 2019.

s/S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF U.S. DISTRICT JUDGE