IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

___

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:18-10119-STA |
| DAMARCUS GLENN, | ) | |
| Defendant. | ) | |

___

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

___

This cause came to be heard on February 19, 2019, Assistant United States Attorney, Hillary Parham, appearing for the Government and the defendant, Damarcus Glenn, appearing in person, and with counsel, Jawara Griffin.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, MAY 21, 2019 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 19th day of February, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT